

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00319-CV

**IN THE INTEREST OF N.D.S. AND I.F.S.**, Children

From the County Court at Law, Starr County, Texas
Trial Court No. CC-16-367
Honorable Romero Molina, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Irene Rios, Justice

Delivered and Filed: November 21, 2018

DISMISSED FOR WANT OF PROSECUTION

An appellate court is authorized to dismiss an appeal for want of prosecution when the appellant fails to file her brief by the deadline and gives no reasonable explanation for such failure. TEX. R. APP. P. 38(a)(1). On October 11, 2018, this court ordered appellant to file her appellant's brief and a written response reasonably explaining (1) her failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Appellant has failed to comply with or respond to this order. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38(a)(1); 42.3(c).

PER CURIAM